PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: STEPHANIE ROSS        Case Number: CR 01-00492HG-07

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 7/28/2003

Original Offense:   Count 1: CONSPIRACY TO POSSESS WITH INTENT TO
                    DISTRIBUTE IN EXCESS OF ONE KILOGRAM OF HEROIN,
                    in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

Original Sentence:  The defendant is hereby committed to the custody of the
                    United States Bureau of Prisons to be imprisoned for a total term of
                    15 months. Upon release from imprisonment, the defendant shall
                    be on supervised release for a term of 3 years with the following
                    special conditions: 1) that the defendant participate in a substance
                    abuse program, which may include drug testing at the discretion
                    and direction of the Probation Office; 2) that the defendant is
                    prohibited from possessing any illegal or dangerous weapons;
                    3) that the defendant participate in a mental health program at the
                    discretion and direction of the Probation Office; and 4) that the
                    defendant provide the Probation Office access to any requested
                    financial information.

Type of Supervision: Supervised Release    Date Supervision Commenced: 4/28/2004

### PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

   **General Condition:**   That the defendant shall refrain from any unlawful use
                            of a controlled substance. Shall submit to one drug
                            test within 15 days of the commencement of
                            supervision and at least two periodic drug tests
                            thereafter but no more than 8 valid drug tests per

Prob 12B
(7/93)

2

month during the term of supervision (mandatory condition).

## CAUSE

The offender is not in violation of her conditions of supervised release; however, based on the offender's history of substance abuse, we are recommending that her conditions be modified as reflected above. Prior to *United States v. Stephens*, (9th Circuit 2005), the offender was enrolled in random drug testing. However, due to the ruling in *Stephens*, the Probation Office is limited to three random tests outside of treatment. Drug testing is the most reliable method for monitoring the offender's drug use. The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight tests per month. This amount will allow the probation officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict test dates.

As to the offender's adjustment, since her release, she has submitted approximately 32 urine specimens, all of which tested negative for illicit drugs and she has completed individual counseling sessions with the Drug Addiction Services of Hawaii, Inc. (DASH) without incident. As Your Honor may recall, the offender is not employable and receives social security benefits and food stamps, as she suffers from reflex sympathetic dystrophy, Hepatitis B and C, and gastroesophagal reflux.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 5/25/2006

Prob 12B
(7/93)

3

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
HELEN GILLMOR
Chief U.S. District Judge

5-27-06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓]  To modify the conditions of supervision as follows:

**General Condition:**  *That the defendant shall refrain from any unlawful use of a controlled substance. Shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____  Signed: _____
LISA K.T. JICHA                              STEPHANIE ROSS
U.S. Probation Officer                        Supervised Releasee

5/23/06
Date